400 A.2d 627

Yiambilis, Appellant, v. Yiambilis.

Argued December 5, 1978. William T. Adis, for appellant; John S. Manos, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

400 A.2d 628

Zion v. Pilch et al., Appellants.

Reargument Denied Feb. 14, 1979.

Argued December 4, 1978. Joyce Ullman, for appellants; Howard S. Klein, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.